UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, et al.<br><br>        Defendants. | **CASE NO.:** 3:18-cv-01502-JD<br><br>**PLAINTIFFS [PROPOSED] ORDER TO APPOINT PARISH GRAYSON AS A.G.'S GUARDIAN AD LITEM AND APPROVE MINOR'S COMPROMISE**<br><br>**Honorable Judge James Donato** |

## [PROPOSED] ORDER

The petition of PARISH GRAYSON ("Petitioner") for appointment of Guardian ad litem and for the approval of the proposed compromise of minors A.G. ("Minor's") claims against defendant City of Richmond, etc. (hereinafter collectively referred to as "Payor"). Upon the evidence introduced, the court finds that the facts set forth in said petition are correct and that it is in the best interests of the Minor that said claim be compromised and settled for the amount stated in the petition and that the proceeds of such settlement be paid, distributed, and deposited in the manner hereinafter specifically provided.

IT IS THEREFORE ORDERED:

    A. **PARISH GRAYSON** is hereby appointed Guardian Ad Litem to prosecute and compromise the claims of Minor A.G. in this action.

    B. That Payor has agreed to issue checks in the total amount of $60,000.00 (Sixty Thousand Dollars and Zero Cents) to settle the claims of the two plaintiffs.

    C. Upon court approval, the Law Offices of John L. Burris shall disburse the settlement proceeds as follows:

The Court hereby approves the Petition to Compromise Minor A.G.'s claims, and orders as follows:

1. <u>Payment of Fees and Expenses on Behalf of Minor, A.G.</u>

   a. A gross total $30,000 settlement to minor A.G.

   b. Attorney's fees (%25) payable to the Law Offices of John L. Burris: $7,500.00.

   b. Reimbursement of Litigation Costs payable to Law Offices of John L. Burris: $ 225.00.

   c. Grand total of allowances for fees/expenses: $7,725.00

2. <u>Balance</u>

The remaining balance of $ 22,275.00 shall be placed in an interest-bearing blocked trust account at an FDIC insured banking institution for the benefit of Minor A.G. and shall be made payable to Minor Plaintiff A.G. on her 18th birthday.

**DATED:** 10/11/18

**HONORABLE JAMES DONATO**
**United States District Court Judge**

2